

FILED

1:25 pm, 2/5/26

**Margaret Botkins
Clerk of Court**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

LIBERTY MUTUAL SURETY and
OHIO CASUALTY INSURANCE
COMPANY,

    Plaintiffs,

VS.

RESOURCE CONSTRUCTION, LLC,
DIXON RESOURCES, INC., and
RICHARD FRANK DIXON, an
individual,

    Defendant,

Case No. 25-CV-237-ABJ

## JUDGMENT IN A CIVIL ACTION

The Court having granted Plaintiffs Liberty Mutual Surety and Ohio Casualty Insurance Company's Motion for Default Judgment and having ordered that Judgment be entered in Plaintiffs' favor and against Defendants Resource Construction, LLC, Dixon Resources, Inc., and Richard Frank Dixon on Plaintiffs' breach of contract claim in the principal amount of $106,577.88, prejudgment interest thereon at 7% annum from October 9, 2025 through the date of entry of default judgment pursuant to Wyo. Stat. Ann. § 40-14-106(e), and attorneys' fees and costs in the amount of $20,114.70; post judgment interest to accrue at the current federal post judgment interest rate pursuant to 28 U.S.C. § 1961;

and dismissed Plaintiffs' common law indemnification and unjust enrichment claims with prejudice.

Plaintiffs are entitled to judgment in their favor as set forth herein.

Dated this 5th day of February, 2026.

Alan B. Johnson
United States District Judge